William D. Hyslop
United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 15 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUDREE LEANNA PEDERSON and DANIEL AUGUSTINE SOLIS,<br><br>Defendants. | 2:20-CR-179-RMP<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 2251(a), (e)<br>Conspiracy to Produce Child Pornography (Count 1)<br><br>18 U.S.C. § 2251(a), (e)<br>Production of Child Pornography (Count 2)<br><br>18 U.S.C. § 2252A(a)(2)(A), (b)(1)<br>Distribution of Child Pornography (Counts 3 and 4)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on or about January 1, 2020, and continuing through on or about February 7, 2020, in the Eastern District of Washington and elsewhere, the Defendants, AUDREE LEANNA PEDERSON and DANIEL AUGUSTINE SOLIS, knowingly and willfully conspired and agreed with each other to knowingly employ, use, persuade,

INDICTMENT – 1

induce, entice, and coerce Minor 1, a minor boy who was then two years of age, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transmitted using any means and facility of interstate commerce, namely the Internet, and that such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

Beginning on or about January 1, 2020, and continuing through on or about February 7, 2020, in the Eastern District of Washington, the Defendant, AUDREE LEANNA PEDERSON, did knowingly employ, use, persuade, induce, entice, and coerce Minor 1, a minor boy who was then two years of age, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transmitted using any means and facility of interstate commerce, namely the Internet, and such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 3

Beginning on or about January 1, 2020, and continuing through on or about February 7, 2020, in the Eastern District of Washington, the Defendant, AUDREE LEANNA PEDERSON, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, the Internet, that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: a visual depiction of Minor Victim 1, a minor boy who was then two years of age, engaging in sexually explicit

INDICTMENT – 2

conduct, including the lascivious exhibition of his genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 4

Beginning on or about February 5, 2020, and continuing through on or about February 8, 2020, in the Eastern District of Washington and elsewhere, the Defendant, DANIEL AUGUSTINE SOLIS, did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), using a means and facility of interstate and foreign commerce, namely, the Internet, that had been mailed, shipped and transported in interstate commerce by any means, including by computer, to wit: a visual depiction of Minor Victim 1, a minor boy who was then two years of age, engaging in sexually explicit conduct, including the lascivious exhibition of his genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C § 2251(a), (e), or 18 U.S.C § 2252A(a)(2), (b)(1), as charged in Counts 1-4 of this Indictment, the Defendants, AUDREE LEANNA PEDERSON and/or DANIEL AUGUSTINE SOLIS, shall each forfeit to the United States of America any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of that chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the

INDICTMENT – 3

commission of such offenses, or any property traceable to such property. The property to be forfeited includes, but is not limited to:

- A blue Samsung Galaxy Note 8 cellular telephone.

If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 15 day of December, 2020.

William D. Hyslop
United States Attorney

David M. Herzog
Assistant United States Attorney

INDICTMENT – 4