12-31-24

TO: THE HONORABLE JUDGE THOMAS RICE

HELLO YOUR HONOR. IVE THOUGHT ABOUT THIS FOR A WHILE AND IVE DECIDED TO WRITE YOU A LETTER. MOSTLY I WANT YOU TO GET A FEEL FOR WHO I AM, FOR THE CRIMES IVE BEEN CHARGED WITH DO NOT REFLECT MY TRUE CHARACTER. I AM A GOOD PERSON. I HAVE STRONG MORALS AND MAKE A CONSCIOUS DECISION EVERYDAY TO DO WHAT I BELIEVE IS RIGHT. I BELIEVE IF EVERYONE DID THIS, THE WORLD WOULD BE A BETTER PLACE. I AM A HUMANITARIAN AND BELIEVE IN THE GREATER GOOD. I HAVE BEEN A PRACTICING CHRISTIAN FOR ALMOST A YEAR NOW, JESUS CHRIST HAS CHANGED MY LIFE AND RESTORED MY HEART AND MIND. THESE PAST FIVE YEARS OF INCARCERATION HAVE BEEN DIFFICULT BUT IN ALL HONESTY THE BIGGEST BLESSINGS IN MY LIFE HAPPENED DURING THIS TIME. MY LIFE WAS OFF TRACK. I WAS IN SUCH A DARK PLACE MENTALLY AND SPIRITUALLY. THE PSYCHOTIC STATE IN WHICH I WAS IN DISABLED MY MORAL COMPASS TO THE POINT THAT THESE CRIMES HAPPENED. IF I WAS NOT ARRESTED WHO KNOWS WHAT MIGHT HAVE HAPPENED. I BELIEVE THAT GOD SAW ME. HE KNEW WHO I TRULY WAS AND HE LOVED ME. HE DECIDED ENOUGH WAS ENOUGH AND WANTED ME TO KNOW WHO HE WAS. I FINALLY STARTED READING THE BIBLE AND GAVE MY LIFE TO CHRIST ON JANUARY THIRD OF TWENTY TWENTY FOUR. DURING THE YEAR SINCE THEN I HAVE EXPERIENCED THE MOST SIGNIFICANT

RECEIVED JAN 06 2025 CLERK, U.S. DISTRICT COURT SPOKANE, WA

HEALING, MENTALLY AND SPIRITUALLY. THE VOICES I WAS HEARING ARE COMPLETELY GONE. THE CONSTANT TORTURE I WAS EXPERIENCING WITH DEPRESSION AND OTHER SYMPTOMS HAVE SUBSIDED. GOD IS GOOD. THE BIBLE REMINDED ME OF WHO I AM AND WHY I WAS CREATED. MY MORAL COMPASS HAS BEEN RE-ALIGNED. I NOW HAVE PURPOSE IN MY LIFE AND HOPE FOR THE FUTURE. I BELIEVE THESE PAST FIVE YEARS WERE EXACTLY WHAT I NEEDED TO COME TO GOD AND BE RESTORED. I LOOK BACK AND WONDER HOW THINGS GOT SO BAD. I DIDNT EVEN SEE THE DARKNESS TAKE ME. I WAS OBLIVIOUS TO THE DEVIL AND HIS SCHEMES. BUT I NOW HAVE A FOUNDATION. A SAVIOR. A BOOK TO KEEP ME ON TRACK. AND A GOD WHO LOVES ME UNCONDITIONALLY. I KNOW NOW WHAT I WAS MADE FOR AND FOR THE FIRST TIME EVER IN MY ENTIRE LIFE I HAVE PASSIONS AND GOALS. THIS IS VERY SIGNIFICANT FOR ME. IF I COULD START ALL OVER I WOULD GET INTO GOVERNMENT, POLITICS, THE F.B.I OR LAW INFORCEMENT. I WANT THIS TO BE A GOOD AND SAFE COUNTRY. I WOULD LOVE TO PLAY A ROLE IN DOING GOOD WORK FOR THIS COUNTRY. I AM NOT SURE THAT IS STILL AN OPTION SO IVE DECIDED I WANT TO GET A SEMINARY DEGREE. I WANT TO GO TO SCHOOL AND GET AN EDUCATION. I WANT TO PURSUE FASHION DESIGN AND INTERIOR DECORATING. AND I WANT TO HELP OTHERS. THESE ARE MY PASSIONS. I HOPE TO CREATE THE SUCCESSFUL

CHRISTIAN CLOTHING BRAND "HUPOMONE", ITS A GREEK WORD THAT MEANS "A PATIENT ENDURING", JESUS USES THIS WORD WHEN TEACHING HIS DISCIPLES. I WOULD ALSO LIKE TO HAVE A BEAUTIFUL CHRISTIAN FAMILY YOUR HONOR. IVE WRITTEN DOWN ALL MY GOALS AND HAVE PLANS AND A FIRE INSIDE OF ME TO ACHIEVE THEM. I WANT THESE THINGS MORE THAN ANYTHING IN THE WORLD. I WANT TO LIVE A GOOD, MORALLY SOUND LIFE AND BE A POSITIVE ROLE MODEL FOR THOSE WHO LIKE ME HAVE ALSO GONE DOWN A DARK PATH. I CAN HELP LEAD PEOPLE BACK TO THE LIGHT BECAUSE IVE EXPERIENCED THE JOURNEY FIRST HAND. I KNOW MY CHARGES ARE BAD. I AM EXTREMELY REMORSEFUL FOR WHAT HAPPENED. IT IS SOMETHING I WILL HAVE TO LIVE WITH FOR THE REST OF MY LIFE. NO ONE SHOULD EVER HAVE TO EXPERIENCE WHAT TRANSPIRED THAT DAY. I PRAY IN ALL SINCERITY FOR THE PEOPLE WE HURT. I AM ASHAMED OF MY BEHAVIOR AND I KNOW I CAN NOT TAKE THESE THINGS BACK BUT I CAN PUT MY BEST FOOT FORWARD EVERYDAY TO MAKE SURE NOTHING LIKE THIS EVER HAPPENS AGAIN. I ALSO BELIEVE IT CAN NOW BE USED FOR GOOD. IT WILL ALWAYS BE A PART OF MY LIFE AND STORY. I CAN USE IT AS A REMINDER OF WHERE I WAS AND WHAT GOD PULLED ME OUT OF. IT WILL BE FUEL TO KEEP MY FIRE BURNING. I WILL ALWAYS ADVOCATE FOR WHAT IS RIGHT. I USED TO BE SO DERANGED, PSYCHOTIC, AND DELUSIONAL THAT I WAS CONFUSED ABOUT WHAT WAS RIGHT. I NO

LONGER HAVE THAT ISSUE. IT TOOK THESE PAST FIVE YEARS FOR ME TO COME TO THE POINT I AM NOW AT. I WOULD NOT TRADE THOSE FIVE YEARS FOR ANYTHING. IT IS WHAT I NEEDED. IT IS WHAT GOD HAD PLANNED FOR ME. HOWEVER I DO NOT THINK FURTHER IMPRISONMENT IS NECESSARY. THE POINT OF PRISON IS TO KEEP THOSE WHO ARE NOT FIT FOR SOCIETY AWAY. I AM NO LONGER A DANGER. IT TRULY WAS MY SEVERLY PSYCHOTIC STATE THAT MADE ME A DANGER. MY MIND WAS POLUTED BUT THAT IS NO LONGER THE CASE. I THINK ABOUT THE MIRACLE GOD HAS WORKED IN MY LIFE AND I CANT IMAGINE WHY HE WOULD RESTORE ME, GIVE ME THE PASSIONS AND PURPOSES I DESCRIBED EARLIER JUST TO HAVE ME LOCKED UP IN A PRISON FOR THE REMAINDER OF MY LIFE. PLEASE YOUR HONOR, DO NOT TAKE MY LIFE FROM ME. YOU MUST BE ABLE TO SEE THAT WHAT IM SAYING IS GENUINE. I WOULD NOT BE ABLE TO DESCRIBE THESE THINGS SO THOROUGHLY IF THEY WERE NOT COMING FROM MY HEART. GOD HAS A PLAN FOR ME. I CAN FEEL IT WITH EVERYTHING THAT I AM. I CAN AND WILL BE A POSITIVE, CONSTRUCTIVE MEMBER OF THIS BEAUTIFUL COUNTRY. YOU WILL NOT HAVE TO WORRY ABOUT ME CAUSING TROUBLE. YOU HAVE MY WORD. I AM ASKING FOR A SECOND CHANCE YOUR HONOR. WE HEARD THE SAYING, "EVERYONE DESERVES A SECOND CHANCE" THROUGHOUT MY ENTIRE LIFE. I NEED ONE AND I HOPE YOU CAN SEE THAT

I DESERVE ONE ALSO. I AM WILLING TO DO WHATEVER IT TAKES. THANK YOU FOR YOUR TIME AND FOR THE HARD WORK YOU DO TO HELP MAKE THIS COUNTRY WORK AS WELL AS IT DOES. YOU DO A GOOD SERVICE FOR THIS WORLD. I WOULD LIKE TO DO THE SAME.

I WOULD LIKE TO END WITH SOME OF MY FAVORITE VERSES FROM THE BIBLE;

> MY BRETHREN, COUNT IT ALL JOY WHEN YE FALL INTO DIVERS TEMPTATIONS;
> KNOWING THIS, THAT THE TRYING OF YOUR FAITH WORKETH PATIENCE.
> BUT LET PATIENCE HAVE HER PERFECT WORK, THAT YE MAY BE PERFECT AND ENTIRE, WANTING NOTHING.
>
> — THE GENERAL EPISTLE OF JAMES 1:2-4

I LIKE THESE VERSES BECAUSE THEY REMIND ME THAT NO MATTER WHAT WE GONE THROUGH, AM GOING THROUGH, AND WILL GO THROUGH IN THE FUTURE. THOUGH IT MAY SEEM BAD, I KNOW GOD IS USING THESE THINGS TO TEACH ME LESSONS AND PERFECT MY CHARACTER. AND FOR THAT, I AM GRATEFUL.

SINCERELY, DANIEL AUGUSTINE SOLIS

NAME Daniel Augustine Solis
POD 202
BENTON COUNTY CORRECTIONS DEPARTMENT
7122 W. OKANOGAN PL. BLDG B
KENNWICK, WA 99336

SPOKANE WA 990
2 JAN 2025 PM 1 L

RECEIVED
JAN 0 6 2025
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

9920l-l0l3l5

THE HONORABLE JUDGE THOMAS RICE
EASTERN DISTRICT COURT WASHINGTON
920 WEST RIVERSIDE AVE
ROOM 840
SPOKANE, WASHINGTON 99201