UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL AUGUSTINE SOLIS,<br><br>Defendant. | CASE NO: 2:20-CR-0179-TOR-2<br><br>ORDER DENYING MOTION TO WITHDRAW GUILTY PLEA |

BEFORE THE COURT is Defendant's Motion to Withdraw Guilty Plea. ECF No. 410. Having reviewed the docket, the files therein, and considering oral argument, the Court is fully informed.

**DISCUSSION**

Pursuant to Fed. R. Crim P. 11(d)(2)(B), a defendant may seek to withdraw a plea of guilty if he can "show a fair and just reason for requesting the withdrawal."

ORDER DENYING MOTION TO WITHDRAW GUILTY PLEA ~ 1

A defendant bears the burden of demonstrating a "fair and just reason" and the decision to allow withdrawal of a plea is plainly within the discretion of the district court. *See United States v. Showalter*, 569 F.3d 1150, 1156 (9th Cir. 2009).

The Ninth Circuit has provided examples of "fair and just reason" that meet the Rule 11 standard such as: inadequate Rule 11 plea colloquies; newly discovered evidence; intervening circumstances; erroneous legal advice; or any other fair and just reason for withdrawing the plea that did not exist when the Defendant entered his or her plea. *See United States v. Ensminger* 567 F.3d 587, 590-93 (9th Cir. 2009). However, in promoting the finality of the solemn nature of guilty pleas, the Ninth Circuit has observed that defendants have been known "to toy with courts by belated attempts to change their minds about having pleaded guilty" (*United States v. Cook*, 487 F.2d 963 (9th Cir. 1973), and that a guilty plea is "not a placeholder that reserves [a defendant's] right to our criminal system's incentives for acceptance of responsibility unless or until a preferable alternative later arises." *Ensminger,* 567 F.3d at 593.

The Court heard from the Defendant at the hearing and cannot find a "fair and just" reason for withdrawal.

//

//

//

ORDER DENYING MOTION TO WITHDRAW GUILTY PLEA ~ 2

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Withdraw Guilty Plea, ECF No. 410, is **DENIED**.

2. The Sentencing hearing remains set.

The District Court Executive is directed to enter this order and provide copies to counsel.

DATED April 30, 2025.



THOMAS O. RICE
United States District Judge