May 5, 2025

To Whom it May Concern;

My name is Marlin Yoder. I have been involved in ministry for over 40 years. I started in youth ministry, working with Teen Challenge. For the past 24 years I have been involved in prison ministry and operate two transitional homes for men coming out of prison and rehab facilities. Our homes are faith based and we have had great successes.

Based on what was reported by our pastors, Daniel Solis' testimony of finding God and dedicating his life to Jesus Christ in the Spokane County jail last year is what we pray will happen to all the prisoners we encounter in our ministry. What Daniel did after that has been making waves in the prison ministry and Christian community ever since. After spending several months in the Spokane County jail, Daniel was transferred to the Federal Detention Center in SeaTac for a series of psychological evaluations. While at FDC SeaTac, Daniel started a nightly Bible study in June 2024 with the blessing of the prison chaplain, Chaplain Cho. Daniel had been a faithful disciple of Chaplain Cho for several months and was strong in the Word of God. He had a group of 42 diverse men attending every night by the time he left in August. There were different ethnic groups, different criminal backgrounds and different social standings all coming together to praise the Lord on a nightly basis and that is a small miracle.  Daniel started one of the most successful grassroots prison ministries in the Federal prison system and has brought over 3,000 men to Christianity according to our team of pastors that visit FDC SeaTac. Based on their recommendation, I would be willing to provide a place to live and a job for Daniel if he were to be released to Household of Faith ministries (our transitional ministry). The Government or BoP could monitor him as they see fit and we would report anything that did not measure up to their stipulations.

Sincerely,

Marlin Yoder

509-990-0837